**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JOHN PARKER,                                                                          PLAINTIFF
ADC #169181

v.                                          5:19CV00199-JTK

ADAMS, et al.                                                                      DEFENDANTS

## AMENDED JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered,

Ordered, and Adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 22nd day of May, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE